Sunday Nov. 22 2015

Abel Acosta, Clerk

Re:

PD-0510-14 ; PD-0509-14

Mr. Acosta

Please send me a copy
of the "docket-sheet" within the above
cited PDR cause numbers: PD-0509-14
and PD-0510-14

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 30 2015

Abel Acosta, Clerk

Thank You.

Marshall Patrick

Marshall Patrick
Petro unit - TDC # 1728798
3060 FM 3514
Beaumont TX - 77705